939 A.2d 116

ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND, Petitioner,

v.

Ray L. HWANG, Respondent.

Misc. Docket AG No. 60, Sept. Term, 2007.

Court of Appeals of Maryland.

Jan. 7, 2008.

## ORDER

The parties herein have jointly petitioned this Court to reprimand the Respondent pursuant to Maryland Rule 16–772. Upon review of said joint petition and for the reasons set forth therein, it is this 7th day of January, 2008,

ORDERED, that the Respondent, RAY L. HWANG, be, and he is hereby, REPRIMANDED.